# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2372
_____

WILLIE MENDEZ,

    Petitioner,

v.

JOHN POLISKNOWSKI, Hospital
Administrator for Florida State
Hospital, SHEVAUN HARRIS,
Secretary of Department of
Children and Families,

    Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


November 20, 2024


PER CURIAM.

    DISMISSED.

KELSEY, NORDBY, and LONG, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Willie Mendez, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.